IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                          No. 4:13-cr-11-DPM

MONETTE DEMOND SOLOMON                                       DEFENDANT

ORDER

The Court has received a letter about sentencing from Solomon. The Court will file it under seal because some of the things discussed are confidential. FED. R. CIV. P. 5.2(d).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 November 2013